IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA DAY AND HUSBAND WILLIAM E. DAY, JR., | * * * | |
| Plaintiffs | * * | |
| vs. | * * | NO. 1-05-1331-T/An |
| STAR TRANSPORTATION, INC. AND NOEL SHIVERS, | * * * | |
| Defendants. | * | |

## CONSENT ORDER ALLOWING ADDITIONAL TIME

Came the parties, and by consent, announce that the Defendants, Star Transportation, Inc. and Noel Shivers, shall have an additional 20 days from December 27, 2005, to file an answer or otherwise plead.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendants, Star Transportation, Inc. and Noel Shivers, through their counsel, Carl Wyatt and Glassman, Edwards, Wade & Wyatt, P.C., shall be given an additional 20 days to respond or otherwise plead.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/30/05

APPROVED BY:

_____
RICKY L. BOREN, (D# 6312)
Attorney for Plaintiffs
Hill Boren, P.C.
P.O. Box 3539
Jackson, TN 38303-3539
Phone: 731-423-3300

_____
CARL WYATT, (D# 12304)
Attorney for Defendants
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103
Phone: 901-527-4673

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01331 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Ricky L. Boren
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT